In the Matters of the Application of the COMMISSIONERS OF THE STATE RESERVATION AT NIAGARA, to take certain lands.

*Court of Appeals, June 22, 1886.*

See same case, 37 Hun, 537.

*Appeal.*—An appeal cannot be taken to the court of appeals from an order of the general term of the supreme court, affirming a special term order, confirming a report of the commissioners of appraisement of land to be taken for the Niagara park reservation.

Appeal from an order of the supreme court, at general term, which affirmed an order of the special term, confirming the report of commissioners of appraisement, appointed under, and in pursuance of, chap. 336, Laws of 1883.

*Ansley Wilcox*, for motion.

*Calvin Frost*, opposed.

We think we are concluded by the decisions under the general railroad act from entertaining this appeal. There is no such difference between the language of that act and the language of the act under which these proceedings were instituted as to require or authorize a different construction of the two acts. There is no public policy and no reason for authorizing appeals to this court under the one act which do not apply to the other. Decisions which have been so long and uniformly adhered to should not now be departed from or disregarded.